

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00641-CV

Quoc Tran Duy **PHAN**,
Appellant

v.

Rodolfo Pena **QUESADA** D/B/A Allright Construction and Allright Construction, LLC,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-22714
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's final judgment is AFFIRMED. Costs are taxed against appellant Quoc Tran Duy Phan.

SIGNED December 4, 2024.

_____
Irene Rios, Justice